UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re: _____

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

**TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

The items indicated below are being transmitted together:

❑ Notice of Appeal        ❑ Order being Appealed       ❑ Designation of Record on Appeal
❑ Statement of Issues     ❑ Transcript                 ❑ Transcript Ordered On: _____
❑ Other _____

---

❑    An appeal has not previously been filed in this case.

❑    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____        Judge assigned: _____

By: _____        Date: _____

*rev. 12/15/14*