UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on June 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
Eric Michael Schragen

Case No.:   18-17726

Judge:   John K. Sherwood

Chapter:   13

# ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 29, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on June 27, 2018 by Eric Michael Schragen for entry of an order as set forth above, the Court having considered all of the papers submitted, and for good cause shown; it is

ORDERED as follows:

1. The aforesaid motion or application for an Order Shortening Time is **DENIED**.

2. Hearing shall be conducted on the Motion re: extend automatic stay (Docket Number: 20) on **July 26, 2018 at 11:00 A.M**.

The movant party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-17726-JKS
Eric Michael Schragen                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 29, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.
db             +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4