| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ERIC MICHAEL SCHRAGEN, ERIC MICHAEL SCHRAGEN d/b/a: INTEGRITY FINANCIAL SERVICES, 14 ALPINE DRIVE DENVILLE, NEW JERSEY 07834<br>Phone: 973-983-1878<br>Fax: 973-298-3069<br>E-Mail: ericschragen@yahoo.com | |
| **In Re:**<br><br>ERIC MICHAEL SCHRAGEN, ERIC MICHAEL SCHRAGEN d/b/a: INTEGRITY FINANCIAL SERVICES<br><br>Debtor(s) Pro~Se | Case No.: **18-17726-JKS**<br><br>Chapter: **13**<br><br>Judge: **SHERWOOD** |

## APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS

I, __ERIC MICHAEL SCHRAGEN__, am the debtor in this case and submit this application in support of my request to extend the time within which I must file the balance of my schedules. I am fully familiar with my case, and certify as follows:

1. I filed for bankruptcy on __APRIL 18TH 2018__.

2. When I filed my petition, I did not file all the documents required to be filed under chapter __13__ of the Bankruptcy Code.

3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed*. According to the *Notice*, I must file the balance of my schedules by __July 6th, 2018__.

4. I have previously sought to extend the time within which the balance of my schedules must be filed.

I Would Like to Thank Your Honor For Granting My Request For an Extension of Time to File Missing Documents and Assure That This Request Is In No Way Made for The Purpose Of Delay and The Creditor Will Be Harmed In No Way By The Granting Of This Extension.

**5. I am unable to file the balance of my schedules by the above date because:**

6. *the attorney I was Going to Retain, at a Discussed Rate, doubled his Retainer and Further Informed Me He Is Too Busy to Take My Case.*

7. *I NEED an ATTORNEY to Help Me with Completing all the Schedules and Documents that are Due.*

8. *I Need to make Sure the Schedules; Documents and a Feasible Plan are Put together Correctly to Save Time.*

9. *As of The Date of This Motion 07.06.18. I have Interviewed 1 additional Attorney and I Didn't Feel She Could Help Me. She Wanted $450.00 up front for an initial Consultation and Was More Expensive than ANY of the other Attorneys. After My Last Hearing in Court on June 14th, 2018, The Same Attorney Waved a Card at me While I was Leaving the Courtroom and Continued to follow me into The Hall to Solicit My Business.*

10. *I Eric Michael Schragen, Do Respectfully Request an Extension of Time to File Documents and Schedules with The Professional Assistance of An Attorney.*

11. *Now That We are Passed the 4th of JULY Holiday, I'm Confident I will Be Able To Reach, Make an Appointment and Retain Council.*

12. **Thank You for Your Kind Consideration in this Matter.**

_____
_____
_____

I certify under penalty of perjury that the foregoing statements are true.

Date: _07/06/2018_____    (x)_____
                                                        Signature of Debtor

Date: _____    _____
                                                        Signature of Joint Debtor (if any)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>*ERIC MICHAEL SCHRAGEN, ERIC MICHAEL SCHRAGEN*<br>*d/b/a: INTEGRITY FINANCIAL SERVICES, 14 ALPINE DRIVE DENVILLE, NEW JERSEY 07834*<br>*Phone:973-983-1878*<br>*Fax: 973-298-3069*<br>*E-Mail: ericschragen@yahoo.com* | |
|---|---|
| In Re:<br><br>*ERIC MICHAEL SCHRAGEN, ERIC MICHAEL SCHRAGEN d/b/a: INTEGRITY FINANCIAL SERVICES*<br><br>*Debtor(s) Pro~Se* | Case No.: __18-17726-JKS__<br><br>Chapter: __13__<br><br>Judge: __SHERWOOD__ |

## CERTIFICATION OF SERVICE

1. I, *ERIC MICHAEL SCHRAGEN*_____am the *Debtor(s) Prose*_____
   in this case.

2. On *07.06.18*_____, I sent a copy of
   the following pleadings and/or documents to the parties listed in the chart below.
   *[Pace a check next to each document you served]*

   ☐ Application of Time to Complete Missing Documents, Schedules and a Plan.
   ☐ Proposed Order
   ☐ Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of
   service indicated below.

Date: _____      (x)_____
*07/06/2018*                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PARKER McCAY P.A<br>BRIAN E. CAINE<br>9000 Midlantic Drive: Suite 300<br>Mt. Laurel, New Jersey 08054<br>856-596-8900<br>Attorney for Wilmington Savings Fund Society, FBS, d/b/a Christina Trust, not Individually but as trustee for Premium Mortgage Acquisition Trust. Et~Al | Attorney for the Plaintiff | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ E-Mail<br>☐ FAX:<br>☒ Notice of Electronic Filing (NEF) |
| Marie-Anne Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ E-Mail:<br>☐ FAX:<br>☒ Notice of Electric Filing (NES) |
| Jeffrey M Sponder<br>U.S Trustee<br>U.S Department of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ E-Mail:<br>☐ FAX:<br>☒ Notice of Electronic Filing |
| [Enter the name and address of the party you served] | [Enter the party's relationship to the case] | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |

| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
|---|---|---|

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the Court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

*ERIC MICHAEL SCHRAGEN, ERIC MICHAEL SCHRAGEN
d/b/a: INTEGRITY FINANCIAL SERVICES, 14 ALPINE
DRIVE DENVILLE, NEW JERSEY 07834
Phone:973-983-1878
Fax: 973-298-3069
E-Mail: ericschragen@yahoo.com*

In Re:

*ERIC MICHAEL SCHRAGEN, ERIC MICHAEL SCHRAGEN
d/b/a: INTEGRITY FINANCIAL SERVICES*

*Debtor(s) Pro~Se*

Case No.:    **18-17726**

Chapter:    **13**

Judge:    **SHERWOOD**

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

**X** The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than **AUGUST 6th, 2018**____. If all missing documents are not filed by this date, the case will be dismissed without further notice.

*new.8/22/16*