UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ  07102

**Order Filed on July 31, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Eric Michael Schragen

| | |
|---|---|
| Case No.: | 18-17726 |
| Hearing Date: | 7/26/2018 |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
### TO IMPOSE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

      A motion or application having been filed on _____June 27_____, 20 _18_ by _Debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*