UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on July 31, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Eric Michael Schragen

| | |
|---|---|
| Case Number: | 18-17726 |
| Hearing Date: | 07/26/2018 |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to _____8/10/2018_____.

☐ Denied.

*rev.8/1/15*