UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 31, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Eric Michael Schragen

| | |
|---|---|
| Case Number: | 18-17726 |
| Hearing Date: | 07/26/2018 |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑    Granted.  The deadline to file schedules is extended to _____8/10/2018_____.

☐    Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-17726-JKS
Eric Michael Schragen                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: admin            Page 1 of 1           Date Rcvd: Jul 31, 2018
                           Form ID: pdf903         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
```
db            +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                         TOTAL: 0
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
```
          Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 4
```