Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17726−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Michael Schragen
   dba Integrity Financial Services
   14 Alpine Drive
   Denville, NJ 07834

Social Security No.:
   xxx−xx−2167

Employer's Tax I.D. No.:
   81−1444213

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 15, 2018
JAN: env

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Eric Michael Schragen  
    Debtor

Case No. 18-17726-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 15, 2018  
                  Form ID: 148     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
```
db              +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417
517463077       +Ivan B. Schragen,    2 Morse Drive,    Maplewood, NJ 07040-2007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
cr              +EDI: RMSC.COM Aug 16 2018 03:13:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517681154        EDI: BECKLEE.COM Aug 16 2018 03:13:00      American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA  19355-0701
517541557        EDI: CAPITALONE.COM Aug 16 2018 03:13:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517596117        EDI: BL-BECKET.COM Aug 16 2018 03:13:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA  19355-0701
517601622       +EDI: MID8.COM Aug 16 2018 03:13:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI  48090-2011
517556704        EDI: PRA.COM Aug 16 2018 03:13:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                 POB 41067,   Norfolk VA  23541
517464804       +EDI: RMSC.COM Aug 16 2018 03:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA  23541-1021
517594794       +EDI: AIS.COM Aug 16 2018 03:13:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK  73118-7901
                                                                                               TOTAL: 10

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
```
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```